| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION |
| UNION COUNTY | 17 CVS 3296 |

YURI KOROTKOV & IRYNA )
PAVLOVNA KOROTKOVA, )
                                            )
      Plaintiffs,           )
                                            )    **NOTICE OF FILING OF**
                                            )    **NOTICE OF REMOVAL**
v.                                         )
                                            )
SUNTRUST MORTGAGE, INC.,    )
                                            )
      Defendants.           )

Defendant SunTrust Mortgage, Inc. hereby gives notice that this matter has been removed to the United States District Court for the Western District of North Carolina as authorized by 28 U.S.C. §§ 1441 and 1446. Defendant's Notice of Removal of this action to that court is based upon federal question jurisdiction. A copy of the Notice of Removal is hereby filed with the above-named Clerk of Court, in accordance with the provisions of 28 U.S.C. § 1446(d), and a copy has been served upon the plaintiffs in this matter by mailing the same to their attorney of record.

Respectfully submitted this the 19th day of January 2018.

                                            WILLIAMS MULLEN

                                            By: /s/Elizabeth C. Stone
                                            Elizabeth C. Stone
                                            N.C. State Bar No. 36690
                                            P.O. Box 1000
                                            Raleigh, NC 27602
                                            Telephone: (919) 981-4000
                                            Fax: (919) 981-4300
                                            E-mail: ecstone@williamsmullen.com
                                            *Attorney for Defendants SunTrust Mortgage,*
                                            *Inc.*



EXHIBIT B

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing or attached document was served upon all parties of record by U.S. Mail at the address indicated below on this the 19th day of January, 2018.

**SERVED:**

M. Shane Perry
109 W. Statesville Ave.
Mooresville, NC 28115
*Attorney for Plaintiffs*

WILLIAMS MULLEN

By: /s/Elizabeth C. Stone
Elizabeth C. Stone
N.C. State Bar No. 36690
P.O. Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4000
Fax: (919) 981-4300
E-mail: ecstone@williamsmullen.com
*Attorneys for Defendant SunTrust Mortgage, Inc.*