IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:18-CV-00030

| | |
|---|---|
| YURI KOROTKOV & <br> IRYNA PAVLOVNA KOROTKOVA, <br><br> Plaintiffs, <br><br> v. <br><br> SUNTRUST MORTGAGE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Lauren E. Fussell of the law firm of Williams Mullen hereby enters her appearance on behalf of Defendant SunTrust Bank.

Respectfully submitted this the 5th day of October 2018.

                                            WILLIAMS MULLEN

                                            By: /s/Lauren E. Fussell
                                            Lauren E. Fussell
                                            N.C. State Bar No. 49215
                                            P.O. Box 1000
                                            Raleigh, NC 27602
                                            Telephone: (919) 981-4000
                                            Fax: (919) 981-4300
                                            E-mail: lfussell@williamsmullen.com
                                            *Attorney for Defendants SunTrust Mortgage, Inc.*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 5, 2018, the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF system and served by U.S. Mail at the address indicated below.

**SERVED:**

M. Shane Perry
109 W. Statesville Ave.
Mooresville, NC 28115
*Attorney for Plaintiffs*

                        WILLIAMS MULLEN

                        By: /s/Lauren E. Fussell
                        Lauren E. Fussell
                        N.C. State Bar No. 49215
                        P.O. Box 1000
                        Raleigh, NC 27602
                        Telephone: (919) 981-4000
                        Fax: (919) 981-4300
                        E-mail: lfussell@williamsmullen.com
                        *Attorneys for Defendant SunTrust Mortgage, Inc.*