IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:18-CV-00030

| | |
|---|---|
| YURI KOROTKOV & IRYNA PAVLOVNA KOROTKOVA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SUNTRUST MORTGAGE, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO:   THE CLERKS OF COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.1(e)(1), Elizabeth C. Stone, who has appeared as counsel for Defendant SunTrust Mortgage, Inc. ("SunTrust"), is leaving the firm of Williams Mullen, and her appearance in this matter should be withdrawn. Lauren E. Fussell, also of the law firm Williams Mullen, made an appearance in this matter [D.E. 9] and will remain as counsel of record for SunTrust.

This the 5th day of October 2018.

WILLIAM MULLEN

BY: s/Elizabeth C. Stone
Elizabeth C. Stone
N.C. State Bar No. 36690
P.O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
*Attorneys for Defendant SunTrust Mortgage, Inc.*

# CERTIFICATE OF SERVICE

I, Elizabeth C. Stone, do hereby certify that the foregoing or attached document was served upon all parties of record by mailing a copy thereof to the parties of record at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 5th day of October, 2018.

WILLIAM MULLEN

BY: **s/Elizabeth C. Stone**
Elizabeth C. Stone
N.C. State Bar No. 36690
P.O. Box 1000
Raleigh, North Carolina 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
*Attorneys for Defendant SunTrust Mortgage, Inc.*

**SERVED:**

M. Shane Perry
109 W. Statesville Ave.
Mooresville, NC 28115
*Attorney for Plaintiffs*