IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-CV-00030-GCM

| | |
|---|---|
| YURI KOROTKOV, and<br>IRYNA PAVLOVNA KOROTKOVA, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| SUNTRUST MORTGAGE, INC., | )<br>) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John Peyton McGuire Boyd, Jr.** filed October 8, 2018 (Doc. No. 11).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Boydr is admitted to appear before this court *pro hac vice* on behalf of Defendant SunTrust Mortgage, Inc..

**IT IS SO ORDERED.**

Signed: October 9, 2018

Graham C. Mullen
United States District Judge