UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
COURT FILE NO. 3:18-CV-00030

| | |
|---|---|
| YURI KOROTKOV & IRYNA PAVLOVNA KOROTKOVA,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Defendant. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**COME NOW,** Plaintiffs and Defendant, SunTrust Mortgage, Inc. ("SunTrust"), by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures and stipulate to a voluntary dismissal without prejudice of all claims.

**TODAY** is February 7, 2019.

| **COLLUM & PERRY** | **TROUTMAN SANDERS LLP** |
|---|---|
| */s/ M. Shane Perry* | */s/ D. Kyle Deak* |
| M. Shane Perry | D. Kyle Deak |
| NC Bar No. 35498 | NC Bar No. 35799 |
| 109 W. Statesville Ave. | 305 Church at North Hills Street; Suite 1200 |
| Mooresville, NC 28115 | Raleigh, NC 27609 |
| shane@collumperry.com | Kyle.deak@troutman.com |
| *Attorney for Plaintiffs* | *Attorney for SunTrust Mortgage, Inc.* |